**Seyfarth**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   06/01/2026

**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York 10018

**T** (212) 218-5500

**F** (212) 218-5526

gusenheimer@seyfarth.com

**T** (212) 218-3507

www.seyfarth.com

May 28, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, N.Y. 10017

> **APPLICATION GRANTED:** The Initial Conference set for 6/29/2026 at 12:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Thursday, September 10, 2026 at 11:00 a.m.</u>
>
> **APPLICATION GRANTED**
>
> *Katharine H Parker*
>
> Hon. Katharine H. Parker, U.S.M.J.

Re:    **Eric Shepard v. Metropolitan Transportation Authority et al**          06/01/2026
       **U.S.D.C. S.D.N.Y. Case No. 1:26-cv-03102-ALC**

Dear Judge Parker:

We write on behalf of Defendants Metropolitan Transportation Authority, New York City Transit Authority, Baimusa Kamara, and Rasheeda Baksh (collectively, "Defendants") in the above-referenced action.

Pursuant to Section I.C. of Your Honor's Individual Practices in Civil Cases, we respectfully request an adjournment of the Initial Case Management Conference currently scheduled for June 29, 2026, to a date in August or September 2026, at a time convenient for the Court.

This is the first request to adjourn the Initial Case Management Conference, and Plaintiff's counsel consents to this request.

The requested adjournment is necessary due to scheduling conflicts of Defendants' counsel. In addition, Defendants respectfully submit that adjournment of the conference will allow Defendants to complete their initial investigation into Plaintiff's allegations and therefore help to ensure that the parties are in a more informed position when conferring with the Court regarding the appropriate scope and timing of discovery.

We thank the Court for its time and consideration of this request.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Gena B. Usenheimer*

Gena B. Usenheimer

326213150v.1

## <u>CERTIFICATE OF SERVICE</u>

I, Gena B. Usenheimer, hereby certify that on May 28, 2026, I electronically filed the

foregoing **LETTER MOTION REQUESTING ADJOURNMENT OF INITIAL CASE**

**MANAGEMENT CONFERENCE**, with the Clerk of the Court via the Court's CM/ECF system,

and a courtesy copy by email, to the following counsel of record for Plaintiff:

Jimmy Wagner
Law Office of Jimmy Wagner
2055 Flatbush Avenue
Brooklyn, New York 11234
*Attorneys for Plaintiff*

 /s/ *Gena B. Usenheimer*
Gena B. Usenheimer