**Seyfarth Shaw LLP**

620 Eighth Avenue

New York, New York  10018

**T** (212) 218-5500

**F** (212) 218-5526


gusenheimer@seyfarth.com

T (212) 218-3507


www.seyfarth.com

July 9, 2026

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
U.S. District Court Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007

**Re:     Shepard v. MTA et al., Case No. 1:26-cv-03102-ALC-KHP
         Joint Status Report Regarding Settlement**

Dear Judge Carter:

We represent Defendants Metropolitan Transportation Authority, New York City Transit Authority, Baimusa Kamara, and Rasheeda Baksh (collectively, "Defendants") in the above-referenced action. I write jointly with counsel for Plaintiff pursuant to the Court's June 25, 2026 Order requiring the parties to continue settlement discussions [ECF No. 11].

The parties are working cooperatively to explore a potential resolution through settlement, however, the parties have not reached a settlement agreement at this time. The parties intend to continue to confer regarding a potential resolution while Plaintiff amends his Complaint by July 15, 2026, pursuant to the Court's Order [*see* ECF Nos. 10, 11]. After reviewing the amended pleading, Defendants will determine whether motion practice remains necessary.

We thank the Court for its attention to, and consideration of, this matter.

 Very truly yours,

SEYFARTH SHAW LLP


*/s/ Gena Usenheimer*


Gena Usenheimer

327005418v.1

**<u>CERTIFICATE OF SERVICE</u>**

I, Gena B. Usenheimer, hereby certify that on July 9, 2026, I electronically filed the

foregoing **JOINT STATUS LETTER REGARDING SETTLEMENT**, with the Clerk of the Court via the

Court's CM/ECF system, and a courtesy copy by email, to the following counsel of record for Plaintiff:

Jimmy Wagner
Law Office of Jimmy Wagner
2055 Flatbush Avenue
Brooklyn, New York 11234
*Attorneys for Plaintiff*

/s/ *Gena B. Usenheimer*
Gena B. Usenheimer