USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ERIC SHEPARD,

Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY, et al.,

Defendants.

---------------------------------------------------------------X

**26-CV-3102 (ALC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's First Amended Complaint. Defendant shall, by **August 13, 2026**, file an answer or a letter stating that it intends to still file a motion to dismiss. Plaintiff's are also directed to file a joint status update on the status of reaching a resolution through settlement by **July 28, 2026**.

**SO ORDERED.**

DATED: New York, New York
July 15, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge