USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/13/2026

Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

gusenheimer@seyfarth.com
T (212) 218-3507

www.seyfarth.com

**APPLICATION GRANTED:** The Initial Conference set for Thursday, September 10, 2026 at 11:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to **Tuesday, October 13, 2026, at 11:00 a.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

08/13/2026

August 12, 2026

**VIA ECF**

Hon. Katharine H. Parker
United States Magistrate Judge
U.S. District Court
500 Pearl Street, Room 750
New York, N.Y. 10017

Re: **Eric Shepard v. Metropolitan Transportation Authority et al**
**U.S.D.C. S.D.N.Y. Case No. 1:26-cv-03102-ALC**

Dear Judge Parker:

We write on behalf of Defendants Metropolitan Transportation Authority, New York City Transit Authority, Baimusa Kamara, and Rasheeda Baksh (collectively, "Defendants") in the above-referenced action.

Please accept this letter as Defendants' notice, pursuant to the Court's July 15, 2026 Order (Dkt. No. 15), that Defendants intend to move to dismiss Plaintiff's Amended Complaint. Defendants respectfully request a deadline of September 28, 2026 to file their Motion. This date is requested to accommodate the Jewish holidays falling in mid- to late-September.

Further, pursuant to Section I.C. of Your Honor's Individual Practices in Civil Cases, Defendants request that the Court adjourn the Initial Case Management Conference currently scheduled for September 10, 2026 and reschedule for a date after Defendants' requested September 28, 2026 responsive pleading deadline, at a time convenient for the Court. The adjournment would similarly accommodate the requested motion deadline and the Jewish holidays occurring during that period.

This is the second request to adjourn the Initial Case Management Conference. Plaintiff's counsel has not consented to this request. Defendants respectfully submit that adjournment of the conference will, in addition to accommodating the Jewish holidays as noted above, allow Defendants to file their anticipated motion to dismiss and place the parties in a more informed position when conferring with the Court regarding the appropriate scope and timing of discovery.

We thank the Court for its time and consideration of this request.

Very truly yours,

SEYFARTH SHAW LLP

*/s/ Gena B. Usenheimer*

Gena B. Usenheimer

**CERTIFICATE OF SERVICE**

I, Gena B. Usenheimer, hereby certify that on August 12, 2026, I electronically filed the foregoing letter advising the Court of Defendants' anticipated motion to dismiss and requesting a second adjournment of the initial case management conference with the Clerk of the Court via the Court's CM/ECF system, and a courtesy copy by email, to the following counsel of record for Plaintiff:

Jimmy Wagner
Law Office of Jimmy Wagner
2055 Flatbush Avenue
Brooklyn, New York 11234
*Attorneys for Plaintiff*

/s/ *Gena B. Usenheimer*
Gena B. Usenheimer