USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ERIC SHEPARD,

Plaintiff,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY, et al.,

Defendants.

---------------------------------------------------------------X

**26-CV-3102 (ALC) (KHP)**

**<u>ORDER</u>**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of the parties' respective letters regarding Defendant's request for a stay of discovery until the resolution of Defendant's anticipated Motion to Dismiss. The motion is denied, but the Court will move the date of the initial case man agreement conference until after the motion has been fully briefed. Defendant's Motion to Dismiss is due **October 5, 2026**. Plaintiff's Opposition is due **November 4, 2026**. Defendant's Reply, if any, is due **November 18, 2026. Briefs must comply with limitations on length set forth in Local Rule 7.1.**

The Initial Case Management Conference currently scheduled for Tuesday, October 13, 2026, at 11:00 a.m. is rescheduled for **<u>Wednesday, January 6, 2027, at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007</u>**. Discovery is stayed through January 6, 2027, at which time the Court will re-assess the discovery schedule.

**<u>The Clerk of the Court is directed to terminate the pending motion at ECF No. 19.</u>**

**SO ORDERED.**

DATED: New York, New York
September 22, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge